# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00370-CV

**Andy Tran, Appellant**

**v.**

**Lee and Dang Corporation d/b/a Nails; and Tony Dang, Appellees**

## FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 261-114-B, HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Andy Tran has filed a motion to dismiss in which he informs this Court that he no longer wishes to pursue this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed: December 12, 2014